IN THE UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MAXWELL J. GROSWALD & GROSWALD LAW, LLC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 4:19-cv-03226 JMB |
| LAWYERTEMPS, INC., d/b/a WATTON LAW GROUP, | ) | |
| Defendant. | ) | |

## MEMORANDUM TO THE COURT

COMES NOW Defendant and hereby notifies the Court that the parties have reached a settlement in the above-captioned matter, and are in the process of preparing the settlement documents.

Parties intend to file a Stipulation for Dismissal with Prejudice within the next 30 days.

Respectfully submitted,
BROWN & JAMES, P.C.

/s/ Todd A. Lubben

Todd A. Lubben, #54746MO
tlubben@bjpc.com
800 Market Street, Suite 1100
St. Louis, Missouri 63101
314.421.3400
Fax: 314.421.3128

***Attorney for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2020, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following: Mr. Joseph A. Ott, Ott Law Firm, Attorneys for Plaintiff, 6115 Eveline Street St. Louis, Missouri 63139.

/s/ Todd A. Lubben

:mlc
22263709.1