IN THE UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MAXWELL J. GROSWALD & GROSWALD LAW, LLC.,<br><br>Plaintiff,<br><br>v.<br><br>LAWYERTEMPS, INC., d/b/a WATTON LAW GROUP,<br><br>Defendant. | Case No.: 4:19-cv-03226 JMB |

**STIPULATION FOR DISMISSAL**

COME NOW Plaintiff and Defendant and hereby stipulate to the dismissal of all claims, with prejudice, with each party to pay their own costs and legal fees.


OTT LAW FIRM

Joseph A. Ott, #67889MO
3407 S. Jefferson Ave Ste. 508
St. Louis, MO 63118

Attorneys for Plaintiff

BROWN & JAMES, P.C.

Steven H. Schwartz, #36436MO
sschwartz@bjpc.com
Todd A. Lubben, #54746MO
tlubben@bjpc.com
800 Market Street | 11th floor
St. Louis, Missouri 63101-2501
Phone: 314-421-3400
Fax: 314-421-3128

Attorneys for Defendant


:mlc
22390062.1